**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1156**

HAYSSAM FARES TANNOUS,

              Petitioner,

        v.

LORETTA E. LYNCH, Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: October 18, 2016          Decided: November 3, 2016

Before NIEMEYER and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied in part and dismissed in part by unpublished per curiam opinion.

Marc Seguinot, SEGUINOT & ASSOCIATES, PC, Fairfax, Virginia, for Petitioner.  Benjamin Mizer, Principal Deputy Assistant Attorney General, Justin Markel, Senior Litigation Counsel, Robert D. Tennyson, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hayssam Fares Tannous, a native and citizen of Lebanon, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the immigration judge's denial of his motion to reopen as untimely. We have reviewed the administrative record and the Board's order and find no abuse of discretion. See 8 C.F.R. § 1003.23(b)(1) (2016). We therefore deny the petition for review in part for the reasons stated by the Board. See In re Tannous (B.I.A. Jan. 15, 2016).

We lack jurisdiction to review the Board's refusal to exercise its sua sponte authority to reopen and therefore dismiss this portion of the petition for review. See Lawrence v. Lynch, 826 F.3d 198, 206-07 (4th Cir. 2016); Mosere v. Mukasey, 552 F.3d 397, 400-01 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED IN PART
AND DISMISSED IN PART

2